```
                               United States Bankruptcy Court
                               Middle District of Pennsylvania
In re:                                                              Case No. 17-02807-JJT
Nicholas Joseph Matlak                                              Chapter 13
Valerie Sue Matlak
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0314-5          User: MMchugh                 Page 1 of 2            Date Rcvd: Aug 17, 2017
                              Form ID: ntcnfhrg             Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2017.
db/jdb         +Nicholas Joseph Matlak,    Valerie Sue Matlak,    114 Cliffside Ct,   Cresco, PA 18326-7771
4942462        +Capital One,   PO Box 30281,    Salt Lake City, UT 84130-0281
4942463        +Chase,    PO Box 15298,   Wilmington, DE 19850-5298
4942464        +Chase Card,   P.O. Box 15298,    Wilmington, DE 19850-5298
4942465        +Citi Bank NA,   399 Park Avenue,    New York, NY 10022-4699
4942466        +CitiBank N.A.,   399 Park Ave,    New York, NY 10022-4699
4942467         Comenity Bank,   PO Box 182273,    Columbus, OH 43218-2273
4942468        +ComenityCapital/Chldplce,    PO Box 182120,    Columbus, OH 43218-2120
4942470         Credit First NA/Firestone,    PO Box 81307,    Cleveland, OH 44181-0307
4947080        +HESSA,    PO Box 548,   Trenton NJ 08625-0548
4942471        +JH Portfolio Debt Equities LLC,    5757 Phantom Dr., Ste 225,    Hazelwood, MO 63042-2429
4942475        +NJ Higher Education Assistance,    P.O.Box 543,    Trenton, NJ 08625-0543
4943065        +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4942488        +Toyota Motor Credit,   240 Gibraltor Rd,    Ste. 260,    Horsham, PA 19044-2387
4953969        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
4942490        +WFFNB/RAYMOUR & FLANNIGAN,    PO Box 14517,    Des Moines, IA 50306-3517
4942489        +Wayne County Bank,   717 Main Street,    Honesdale, PA 18431-1880

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4942460        +E-mail/Text: ally@ebn.phinsolutions.com Aug 17 2017 19:03:57     Ally Financial,
                 PO Box 380901,   Bloomington, MN 55438-0901
4951526         E-mail/Text: ally@ebn.phinsolutions.com Aug 17 2017 19:03:57     Ally Financial,
                 PO Box 130424,   Roseville, MN 55113-0004
4942461        +E-mail/Text: bankruptcy@cavps.com Aug 17 2017 19:04:18     Calvary Portfolio Svcs,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2322
4942469         E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 17 2017 19:04:25
                 Credit Collection Services,   PO Box 55126,   Boston, MA 02205-5126
4942472        +E-mail/Text: bankruptcydpt@mcmcg.com Aug 17 2017 19:04:10     Midland Credit Management,
                 2365 Northside Drive,   Suite 300,   San Diego, CA 92108-2709
4942473        +E-mail/Text: bankruptcydpt@mcmcg.com Aug 17 2017 19:04:10     Midland Funding LLC,
                 2365 Northside Dr #300,   San Diego, CA 92108-2709
4942474        +E-mail/Text: MKnitter@monroecountypa.gov Aug 17 2017 19:04:15
                 Monroe County Tax Claim Bureau,   1 Quaker Plaza, Room 104,   Stroudsburg, PA 18360-2141
4942477         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 17 2017 19:06:57
                 Portfolio Recovery Assoc.,   120 Corporate Blvd, Ste 100,   Norfolk, VA 23502
4942476         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 17 2017 19:06:57
                 Portfolio Recovery Assoc.,   Riverside Commerce Center,   120 Corporate Blvd, Ste 100,
                 Norfolk, VA 23502
4942478        +E-mail/Text: BankruptcyMail@questdiagnostics.com Aug 17 2017 19:04:26     Quest Diagnostics,
                 3 Giralda Farms,   Madison, NJ 07940-1027
4942479         E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2017 19:01:18     SYNCB/Amazon,   P.O. Box 965015,
                 Orlando, FL 32896-5015
4942480         E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2017 19:01:13     SYNCB/Care Credit,
                 P.O. Box 965036,   Orlando, FL 32896-5036
4942482        +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2017 19:01:13     SYNCB/JC PENNEYS,   PO Box 965036,
                 Orlando, FL 32896-5036
4942481         E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2017 19:01:13     SYNCB/JC Penney,
                 P. O. Box 965007,   Orlando, FL 32896-5007
4942483        +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2017 19:01:13     SYNCB/Lowes,   P.O. Box 965036,
                 Orlando, FL 32896-5036
4942484        +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2017 19:01:13     SYNCB/Sams Club,   PO Box 965005,
                 Orlando, FL 32896-5005
4942485        +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2017 19:01:19     SYNCB/TOYS R US,
                 P.O. Box 965036,   Orlando, FL 32896-5036
4942486        +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2017 19:01:25     SYNCB/Walmart,   PO Box 965036,
                 Orlando, FL 32896-5036
4942487        +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2017 19:01:19     Synchrony Bank,   PO Box 965004,
                 Orlando, FL 32896-5004
                                                                                             TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              James   Warmbrodt     on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Timothy B. Fisher, II    on behalf of Joint Debtor Valerie Sue Matlak donna.kau@pocono-lawyers.com
              Timothy B. Fisher, II    on behalf of Debtor Nicholas Joseph Matlak donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Nicholas Joseph Matlak
Valerie Sue Matlak

Debtor(s)

Chapter 13

Case No. 5:17−bk−02807−JJT

## Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **September 15, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: October 17, 2017<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MMchugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 17, 2017 |