# FISHER & FISHER
## LAW OFFICES, L.L.C.

Timothy B. Fisher, Esquire* **
Timothy B. Fisher, II, Esquire*

* Member of PA & Federal Bars
** Member of NY Bar
° Member of NJ Bar

John D. Michelin, Esquire*
Joseph F. Kulesa, Jr., Esquire* °
Michelle F. Farley, Esquire*
Michael A. Ventrella, Esquire*

September 12, 2017

To the Clerk of the U.S. Bankruptcy Court

**RE: *Nicholas & Valerie Matlak***
    ***Case No. 5:17-bk-02807***

Dear Sir:

Please note the following change of address for Swiss Colony:

Prior Address:    P.O. Box 250
                  East Brunswick NJ 08816

New Address:     1112 7th Avenue
                  Monroe WI 53566

Very truly yours,

FISHER & FISHER LAW OFFICES, L.L.C.

By: _____
    Timothy B. Fisher, II

TBFII/gyl

Please Reply To:

☐ **Mount Pocono**
3041 Route 940, Suite 107
Mount Pocono, PA 18344
(570) 839-8690
(570) 839-7675 fax

☐ **Gouldsboro**
525 Main St., PO Box 396
Gouldsboro, PA 18424
(570) 842-2753
(570) 842-8979 fax

☐ **Cresco**
1070 PA Rte 390, PO Box 222
Cresco, PA 18326
(570) 595-8770
(570) 595-8772 fax

☐ **Stroudsburg**
109 N. 7th Street
Stroudsburg, PA 18360
(570) 629-6322
(570) 629-6275 fax

www.pocono-lawyers.com

Case 5:17-bk-02807-JJT    Doc 24    Filed 09/12/17    Entered 09/12/17 16:22:39    Desc
Main Document    Page 1 of 1