# United States Bankruptcy Court
## Middle District of Pennsylvania

In re: **Nicholas Joseph Matlak, Valerie Sue Matlak**
Debtor(s)

Case No. **5:17-bk-02807**
Chapter **13**

# CERTIFICATE OF SERVICE

I hereby certify that on , a copy of **Notice of Chapter 13 Bankruptcy Case** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Swiss Colony**
**1112 7th Avenue**
**Monroe WI 53566**

/s/ Timothy B. Fisher II
**Timothy B. Fisher II 85800**
**Timothy B. Fisher II**
**Fisher & Fisher Law Offices**
**P. O. Box 396**
**Gouldsboro, PA 18424**
**570-842-2753 Fax:570-842-8979**