UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Nicholas Joseph Matlak

   And     : CASE NO.: 17-02807

Valerie Sue Matlak

   Debtors     : CHAPTER 13

## ENTRY OF APPEARANCE AND NOTICE

Monroe County Tax Claim Bureau hereby enters its appearance and request for notice as a secured and priority creditor and holder of real estate taxes with the following mailing address:

Monroe County Tax Claim Bureau
1 Quaker Plaza, Room 104
Stroudsburg, PA 18360
Email: MKnitter@monroecountypa.gov


   "/s/ Melinda S. Knitter"
   Melinda S. Knitter, Bankruptcy Clerk


Parcel # 14/9C/1/39