```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                                            Case No. 17-02807-RNO
Nicholas Joseph Matlak                                                            Chapter 13
Valerie Sue Matlak
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-5         User: MMchugh                Page 1 of 1           Date Rcvd: Apr 10, 2019
                             Form ID: pdf010              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2019.
              +Brookfield Properties Management,   250 Vesey 15th Floor,   Attn: Payroll Dept.,
                New York NY 10281-1065

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              Timothy B. Fisher, II    on behalf of Debtor 2 Valerie Sue Matlak donna.kau@pocono-lawyers.com
              Timothy B. Fisher, II    on behalf of Debtor 1 Nicholas Joseph Matlak donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

In re: Nicholas Joseph Matlak : Chapter 13
Valerie Sue Matlak :
: Case No. 5:17-bk-02807

## ORDER TO PAY TRUSTEE

Upon consideration of the above-referenced Debtors having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute, it is hereby **ORDERED** that until further Order of this Court:

Brookfield Properties Management
250 Vesey 15th Floor
New York, NY 10281
Attn: Payroll Dept.

Shall deduct from said Debtor's income the sum of **$357.25** from each **bi-weekly** paycheck, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic lump sum payment as a result of vacation, termination, or any benefits payable to above debtor and shall remit the deducted sums as follows:

| Payee | Amount per weekly paycheck | Memo Line Text |
|---|---|---|
| Charles J. DeHart, III, Esquire<br>PO Box 7005<br>Lancaster, PA 17604 | $357.25 | Case No: 5:17-bk-02807 |

**IT IS FURTHER ORDERED** that the checks issued pursuant to this Order shall be sent to each payee on the same date that the Debtor is paid, and that the face of the payee's check shall include the corresponding text set forth in the column labeled "Memo Line Text" in the above chart. This Order shall be binding upon any successor in interest to Respondent. Respondent shall increase, reduce, or discontinue the aforementioned deductions upon written certification from Movant's counsel that an increase, reduction, or discontinuation, as applicable is required

Dated: April 10, 2019      By the Court,

_Robert N. Opel II_
Robert N. Opel, II, Chief Bankruptcy Judge (DG)