**LOCAL BANKRUPTCY FORM 9019-1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER __13__ |
| NICHOLAS JOSEPH MATLAK, and VALERIE SUE MATLAK | : | CASE NO. __5__-__17__-bk-__02807-RN__ |
| **Debtor(s)** | : | |
| CONSUMER PORTFOLIO SERVICES, INC., | : | ADVERSARY NO. ___-___-ap (if applicable) |
| **Plaintiff(s)/Movant(s)** vs. | : | Nature of Proceeding: _____ |
| NICHOLAS JOSEPH MATLAK, VALERIE SUE MATLAK and CHARLES J. DEHART, III, Trustee, | : | Pleading: Motion for Relief from Stay |
| **Defendant(s)/Respondent(s)** | : | Document #: 55 & 56 |

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST\***

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☑ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
  ☑ Thirty (30) days.
  ☐ Forty-five (45) days.
  ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: January 9, 2020         /s/ Keri P. Ebeck
                               Attorney for Consumer Portfolio Services

\*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.