In re:                                                               Case No. 17-02807-RNO
Nicholas Joseph Matlak                                               Chapter 13
Valerie Sue Matlak
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke          Page 1 of 2          Date Rcvd: Aug 10, 2020
                      Form ID: pdf010          Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2020.

```
db/jdb        +Nicholas Joseph Matlak,   Valerie Sue Matlak,   114 Cliffside Ct,   Cresco, PA 18326-7771
4962220       +Back, Seigel and Goldstein,   501 Iron Bridge Rd #4,   Freehold, NJ 07728-5305
4942465       +Citi Bank NA,    399 Park Avenue,   New York, NY 10022-4614
4942466       +CitiBank N.A.,   399 Park Ave,   New York, NY 10022-4614
4959818        Credit First NA,   BK13 Recovery Services,   PO Box 818011,   Cleveland, OH 44181-8011
4942470        Credit First NA/Firestone,   PO Box 81307,   Cleveland, OH 44181-0307
4947080       +HESSA,   PO Box 548,   Trenton NJ 08625-0548
4942475       +NJ Higher Education Assistance,   P.O.Box 543,   Trenton, NJ 08625-0543
4962221        Savit Collection Agency,   1112 7th Avenue,   Monroe, WI 53566-1364
4942488       +Toyota Motor Credit,   240 Gibraltor Rd,   Ste. 260,   Horsham, PA 19044-2387
4953969       +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
4942490       +WFFNB/RAYMOUR & FLANNIGAN,   PO Box 14517,   Des Moines, IA 50306-3517
4942489       +Wayne County Bank,   717 Main Street,   Honesdale, PA 18431-1880
4971122        Wells Fargo Bank, N.A.,   PO Box 10438, MAC F8235-02F,   Des Moines,   IA   50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4942460       +E-mail/Text: ally@ebn.phinsolutions.com Aug 10 2020 20:00:48     Ally Financial,
               PO Box 380901,   Bloomington, MN 55438-0901
4951526        E-mail/Text: ally@ebn.phinsolutions.com Aug 10 2020 20:00:48     Ally Financial,
               PO Box 130424,   Roseville, MN 55113-0004
4942461       +E-mail/Text: bankruptcy@cavps.com Aug 10 2020 20:01:17     Calvary Portfolio Svcs,
               500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2322
4942462       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 10 2020 20:08:14     Capital One,
               PO Box 30281,   Salt Lake City, UT 84130-0281
4961969        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 10 2020 20:08:41
               Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
4972633       +E-mail/Text: bankruptcy@cavps.com Aug 10 2020 20:01:17     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
4942467        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 10 2020 20:01:03     Comenity Bank,
               PO Box 182273,   Columbus, OH 43218-2273
4990642       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 10 2020 20:01:03
               Comenity Capital Bank/Paypal Credit,   c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,
               Seattle, WA 98121-3132
4942468       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 10 2020 20:01:04     ComenityCapital/Chldplce,
               PO Box 182120,   Columbus, OH 43218-2120
4942469        E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 10 2020 20:01:27
               Credit Collection Services,   PO Box 55126,   Boston, MA 02205-5126
4942471       +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Aug 10 2020 20:01:33
               JH Portfolio Debt Equities LLC,   5757 Phantom Dr., Ste 225,   Hazelwood, MO 63042-2429
4942463        E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 10 2020 20:08:16     Chase,   PO Box 15298,
               Wilmington, DE 19850
4942464        E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 10 2020 20:07:51     Chase Card,
               P.O. Box 15298,   Wilmington, DE 19850
4942472       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 10 2020 20:01:09     Midland Credit Management,
               2365 Northside Drive,   Suite 300,   San Diego, CA 92108-2709
4942473       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 10 2020 20:01:09     Midland Funding LLC,
               2365 Northside Dr #300,   San Diego, CA 92108-2709
4984068       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 10 2020 20:01:09     Midland Funding, LLC,
               Midland Credit Mgmt., Inc. as agent for,   Midland Funding, LLC,   PO Box 2011,
               Warren, MI 48090-2011
4942474       +E-mail/Text: MKnitter@monroecountypa.gov Aug 10 2020 20:01:16
               Monroe County Tax Claim Bureau,   1 Quaker Plaza, Room 104,   Stroudsburg, PA 18360-2141
4942477        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 10 2020 20:07:49
               Portfolio Recovery Assoc.,   120 Corporate Blvd, Ste 100,   Norfolk, VA 23502
4942476        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 10 2020 20:07:53
               Portfolio Recovery Assoc.,   Riverside Commerce Center,   120 Corporate Blvd, Ste 100,
               Norfolk, VA 23502
4976665        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 10 2020 20:07:49
               Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
4990631        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 10 2020 20:08:44
               Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541
4943065       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 10 2020 20:08:40
               PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
4980359        E-mail/Text: bnc-quantum@quantum3group.com Aug 10 2020 20:01:05
               Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
4942478       +E-mail/Text: BankruptcyMail@questdiagnostics.com Aug 10 2020 20:01:29     Quest Diagnostics,
               3 Giralda Farms,   Madison, NJ 07940-1027
4942479        E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2020 20:08:10     SYNCB/Amazon,   P.O. Box 965015,
               Orlando, FL 32896-5015
4942480        E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2020 20:08:10     SYNCB/Care Credit,
               P.O. Box 965036,   Orlando, FL 32896-5036
4942482       +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2020 20:08:38     SYNCB/JC PENNEYS,   PO Box 965036,
               Orlando, FL 32896-5036
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4942481          E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2020 20:08:38      SYNCB/JC Penney,
                 P. O. Box 965007,    Orlando, FL 32896-5007
4942483         +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2020 20:07:46      SYNCB/Lowes,    P.O. Box 965036,
                 Orlando, FL 32896-5036
4942484         +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2020 20:08:38      SYNCB/Sams Club,    PO Box 965005,
                 Orlando, FL 32896-5005
4942485         +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2020 20:08:10      SYNCB/TOYS R US,
                 P.O. Box 965036,    Orlando, FL 32896-5036
4942486         +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2020 20:08:37      SYNCB/Walmart,    PO Box 965036,
                 Orlando, FL 32896-5036
5162276         +E-mail/Text: bncmail@w-legal.com Aug 10 2020 20:01:16      SYNCHRONY BANK,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
5162277         +E-mail/Text: bncmail@w-legal.com Aug 10 2020 20:01:16      SYNCHRONY BANK,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121,
                 SYNCHRONY BANK,    c/o Weinstein & Riley, P.S. 98121-3132
4962222         +E-mail/Text: bankruptcy@sccompanies.com Aug 10 2020 20:01:33      Swiss Colony,
                 1112 7th Avenue,   Monroe , WI 53566-1364
4942487         +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2020 20:08:37      Synchrony Bank,    PO Box 965004,
                 Orlando, FL 32896-5004
4969478         +E-mail/Text: bankruptcy@sccompanies.com Aug 10 2020 20:01:33      The Swiss Colony,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
4964262          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 10 2020 20:07:57      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                                 TOTAL: 38

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
cr*             +SYNCHRONY BANK,    c/o Weinstein & Riley, P.S,    2001 Western Ave, Ste 400,
                 Seattle, WA 98121-3132
5162278*        +SYNCHRONY BANK,    c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,
                 Seattle, WA 98121-3132
5162279*        +SYNCHRONY BANK,    c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,   Seattle, WA 98121,
                 SYNCHRONY BANK,    c/o Weinstein & Riley, P.S. 98121-3132
                                                                                              TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Keri P Ebeck    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Monroe County Tax Claim Bureau     MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              Timothy B. Fisher, II    on behalf of Debtor 2 Valerie Sue Matlak donna.kau@pocono-lawyers.com
              Timothy B. Fisher, II    on behalf of Debtor 1 Nicholas Joseph Matlak donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
**Nicholas Joseph Matlak** :
**Valerie Sue Matlak** :
                   **Debtors** : CASE NO. 5:17-bk-02807 RNO
                                      :

## ORDER GRANTING VOLUNTARY DISMISSAL

AND NOW on the motion of Debtors, Nicholas Joseph Matlak and Valerie Sue Matlak, for an Order granting their request to voluntarily dismiss the pending Chapter 13 bankruptcy case, it is ORDERED that the Chapter 13 case is hereby dismissed.

Dated: August 10, 2020

By the Court,

*[signature: Robt N. Opel II]*

Robert N. Opel, II, Bankruptcy Judge  (BI)